**Entered on Docket
September 23, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq. SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates Series 2006-AF2, its assignees and/or successors and the servicing agent AMERICAS SERVICING COMPANY

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-52646-gwz |
| | ) |
| Joseph Boteler, Sr, | ) Chapter 7 |
| Lori Boteler, | ) |
| | ) DATE: 09/21/10 |
| Debtors. | ) TIME: 10:00 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*                                     M&H File No. NV-10-32368
                                                 10-52646-gwz

The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 896 Vivian Drive, Sparks, NV 89436.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Order Filed 08/13/10-no response received*
Kevin A. Darby, Esq.
4777 Caughlin Parkway
Reno, NV 89519
(775) 322-1237

Approved/Disapproved

*Order Filed 08/13/10-no response received*
Keith J. Tierney
10580 North McCarran BoulevardBuilding 115-380
Reno, NV 89503

*Rev. 12.09*                              M&H File No. NV-10-32368
                                          10-52646-gwz

1  ALTERNATIVE METHOD re; RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3
4  ☐ The court has waived the requirement of approval under LR 9021.

5  ☒ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have
   delivered a copy of this proposed order to all counsel who appeared at the hearing, any
6  unrepresented parties who appeared at the hearing, and each has approved or disapproved the
   order, or failed to respond, as indicated below [list each party and whether the party has
7  approved, disapproved, or failed to respond to the document]:

8
   ☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order
9  to all counsel who appeared at the hearing, any unrepresented parties who appeared at the
   hearing, and each has approved or disapproved the order, or failed to respond, as indicated below
10 [list each party and whether the party has approved, disapproved, or failed to respond to the
11 document]:

12
   ☐ I certify that I have served a copy of this order with the motion, and no parties
13 appeared or filed written objections.

14        Counsel appearing: Kevin A. Darby- Order Filed 08/13/10-no response received

15        Unrepresented parties appearing: None

16
          Trustee: Keith J. Tierney- Order Filed 08/13/10-no response received
17

18 Submitted by:
   McCarthy & Holthus, LLP
19
   /s/ Christopher K. Lezak.
20 Christopher K. Lezak, Esq.

21

22

23

24

25

26

27
                                            ###
28

29

*Rev. 12.09*                                                    M&H File No. NV-10-32368
                                                                          10-52646-gwz